**Kriscelda SHADWELL, Plaintiff–Appellant,**

v.

**Brett BOWLIN, Defendant–Appellee.**

No. 03–60797.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

May 24, 2004.

John Bennett Wells, Slidell, LA, for Plaintiff–Appellant.

David Harrison Fulcher, Jackson, MS, for Defendant–Appellee.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Kriscelda Shadwell has appealed the district court's summary judgment dismissal of a complaint alleging *Bivens*** claims against U.S. Navy Lieutenant Brett Bowlin, a member of the Navy Judge Advocate General's Corps assigned as the legal advisor to the commanding officer of Naval Air Station (NAS) Meridian, Ms.

After Mrs. Shadwell's husband, Ensign Peter Shadwell was arrested for criminal child abuse, Mrs. Shadwell left the family's on-base quarters at NAS Meridian and took her children to her parents' home in Texas. According to Mrs. Shadwell's com-

** *Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971).

plaint, during her absence, Lieutenant Bowlin searched the Shadwell's quarters in violation of the Fourth Amendment. Our review of the record shows that Lt. Bowlin entered the house pursuant to the base commander's order to inspect the quarters and to inventory the Shadwell's personal property consistent with U.S. Navy housing regulations. No Fourth Amendment violation occurred.

AFFIRMED.